**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:

WOOLHOUSE INC.

Debtor.

Case No. 26-42851
Chapter 7

---

**MOTION FOR APPROVAL OF SETTLEMENT**

---

TO: The debtor and other entities specified in the applicable Federal Rules of Bankruptcy Procedure.

1. J. Richard Stermer, the chapter 7 trustee for the debtors' estate, moves the court for the relief requested below.

2. Any response to this motion must be filed and served not later than October 21, 2026. If a response is timely filed, a hearing will be scheduled by the trustee with notice of the hearing by the trustee to the responding party and the United States Trustee. **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE RELIEF REQUESTED WITHOUT A HEARING.**

3. This court has jurisdiction over this motion under 28 U.S.C. §§ 157 and 1334, Fed. R. Bankr. P. 5005 and Local Rule 1070-1. This is a core proceeding. The petition commencing this chapter 7 case was filed on August 27, 2026. The case is now pending before this court.

4. This motion arises under Fed. R. Bankr. P. 9019 and Local Rule 9019-1. This motion is filed under Fed. R. Bankr P. 9013 and 9014. The trustee request approval of the settlement as set forth below.

5. The following is a summary of the dispute and the terms of the proposed settlement:

On August 27, 2026, the date of filing this Chapter 7 case, the debtor had a bank account at the Bank of Elk River with a balance of $86,492.93. At the 341 hearing, the principal of the debtor testified that after debtor stopped doing business, before filing this Chapter 7 bankruptcy, the principal started a new company, collected deposits from customers and deposited those funds into the debtor's account by mistake. The Trustee has reviewed the bank statements for the debtor and it appears that some of the funds in the Bank of Elk River account belonged to the Debtor, while a majority of the funds in the Bank of Elk River account were attributable to customer deposits of the new company.

In order to resolve the funds in the Bank of Elk River account, in consideration of a payment in the amount of $2,500 to J. Richard Stermer, Trustee, from Luke Woolhouse to be paid within 15 days of approval of this settlement, Trustee will release all of the funds in the Bank of Elk River account ending in xxx967 to the new company.

6. The trustee believes the settlement is in the best interest of creditors. The costs of litigation could offset any recovery to the estate

**WHEREFORE**, the trustee moves the court for an order approving the settlement and for such other and further relief as is just and equitable.

Dated: October 1, 2026

*s/ J. Richard Stermer*

J. Richard Stermer (#216811)
102 Parkway Drive, P.O. Box 514
Montevideo MN 56265
Phone: (320) 269-6491
Email: rstermer@stermerlaw.com

*Chapter 7 Bankruptcy Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**MINNEAPOLIS DIVISION**

In re:

Woolhouse inc
Debtor(s)

Case No. 26-42851

Chapter 7

## DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 10/1/2026, I did cause a copy of the following document(s), described below:

Motion to Approve Settlement

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein. Said mailing matrix was downloaded from the District of Minnesota, Minneapolis Division, Bankruptcy Court's official court matrix on 10/1/2026.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/1/2026

/s/ J. Richard Stermer
J. Richard Stermer
Bar No. 216811
Stermer & Sellner, Chtd.
102 Parkway Drive
PO Box 514
Montevideo MN 56265
320-269-6491
rstermer@stermerlaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**MINNEAPOLIS DIVISION**

In re:
Woolhouse inc
Debtor(s)

Case No. 26-42851
Chapter 7

## CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 10/1/2026, I did cause a copy of the following document(s), described below:

Motion to Approve Settlement

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/1/2026

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 10/1/2026, I caused a copy of the Motion to Approve Settlement to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

## EXHIBIT

| | | | | | |
|---|---|---|---|---|---|
| Minnesota Department of Revenue | | | Bankruptcy Section | PO BOX 64447 | St Paul MN 55164-0447 |
| United States Attorney | | | 600 US Courthouse | 300 S 4th St | Minneapolis MN 55415-3070 |
| WOOLHOUSE INC | | | 13414 182ND AVE NW | | Elk River MN 55330-5617 |
| Minneapolis | | | 301 Diana E. Murphy U.S. Courthouse | 300 South Fourth Street | Minneapolis MN 55415-1320 |
| ALLEN WOOLHOUSE | | | 13414 182ND AVE NW | | ELK RIVER MN 55330-5617 |
| AMERICAN EXPRESS | | | PO BOX 981535 | | EL PASO TX 79998-1535 |
| AMY THOMPSON-NAUMAN | | | 2154 141ST LANE NE | | HAM LAKE MN 55304-6828 |
| ASSURED COMFORT HEATING AND | | | AIR CONDITIONING LLC | 968 107TH AVE | ROBERTS WI 54023-8402 |
| AUBREY THRASHER LLC | | | 3050 PEACHTREE RD NW STE 240 | | ATLANTA GA 30305-2212 |
| B & D PLUMBLING HEATING & AIR COND | | | ATTN OWNER | 12821 44TH COURT NE STE 100 | SAINT MICHAEL MN 55376-8434 |
| BAYFIRST NATIONAL BANK | | | 700 CENTRAL AVE | MAIL CODE 206 | SAINT PETERSBURG FL 33701-3600 |
| BRUTLAG HARTMANN TRUCKE PA | | | ATTN RYAN TRUCKE ESQ | 3555 PLYMOUTH BLVD STE 117 | PLYMOUTH MN 55447-1399 |
| CAPITAL ONE BANK N.A. | | | BANKRUPTCY CORRESPONDENCE | PO BOX 30285 | SALT LAKE CITY UT 84130-0285 |
| CITI BANK RECOVERY | | | PO BOX 9001043 | | LOUISVILLE KY 40290-1043 |
| DANIEL M EATON ESQ | | | WAYPOINT LAW PLLC | 400 S 4TH ST STE 1025 | MINNEAPOLIS MN 55415-1424 |
| ELK AGENCY INC | | | 327 MAIN ST NW | | ELK RIVER MN 55330-1531 |
| GURSTEL LAW FIRM P.C. | | | 6681 COUNTRY CLUB DRIVE | | GOLDEN VALLEY MN 55427-4601 |
| HEADWAY CAPITAL, LLC | | | 4700 W DAYBREAK PKWY STE 200 | | CHICAGO UT 84009-5133 |
| IRS | | | PO BOX 7346 | | PHILADELPHIA PA 19101-7346 |
| JOHNSON & JOHNSON PREFERRED FINAN | | | PO BOX 26009 | | GREENSBORO NC 27420-6009 |
| KNIFE RIVER | | | PO BOX 1333 | | SAINT CLOUD MN 56302-1333 |
| LAMPERTS LUMBER | | | 121 1ST AVE | | WINDOM MN 56101-1999 |
| MIDLAND CREDIT MANAGEMENT | | | 350 CAMINO DE LA REINA | SUITE 100 | SAN DIEGO CA 92108-3007 |
| MINNESOTA CONSTRUCTION LAW SERVICES LLC | | | ATTN LEE SEXTON ESQ | 3030 CENTRE POINTE DR STE 100 | SAINT PAUL MN 55113-1115 |
| MINNESOTA DEPT OF REV | | | COLLECTION DIVISION | PO BOX 64564 | SAINT PAUL MN 55164-0564 |
| NEWITY | | | 1123 W WASHINGTON BLVD | | CHICAGO IL 60607-2085 |
| NORTHEAST BANK | | | ATTN OFFICER | ONE MARINA PARK DR FLOOR 8 | BOSTON MA 02210-1978 |
| Northeast Bank, c/o Newity | | | 1123 W Washington Blvd | | Chicago IL 60607-2057 |
| US LBM HOLDINGS LLC | | | 2150 E LAKE COOK RD STE 1010 | | BUFFALO GROVE IL 60089-8228 |

| | | | | | |
|---|---|---|---|---|---|
| U S SMALL BUSINESS ADMINISTRATION | | | ATTN BK NOTICES | 332 S MICHIGAN AVE SUITE 600 | CHICAGO IL 60604-4318 |
| ZACHARY R. WAGNER | | | 2840 119TH AVE NW | | COON RAPIDS MN 55433-1701 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In Re: BKY 26-42851
Chapter 7

WOOLHOUSE INC

Debtor.

---

**ORDER**

---

This matter came on for hearing on the trustee's motion for an order approving the settlement reached between the trustee and Luke Woolhouse. Based upon the motion, files and records,

IT IS ORDERED:

1. The motion is granted.

2. The settlement is approved.

Dated: ____________________________________

United States Bankruptcy Judge